UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO.: 20-cv-14219-RLR D

FELIPE BALTAZAR, and other
similarly situated individuals,

        Plaintiff,

vs.

B. GREEN & MORE LANDSCAPING, INC.
and BILLY M. LOPEZ, individually,

        Defendant(s).
_____/

## MEDIATOR'S REPORT

Daniel T. Feld, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **September 8, 2020 @ 10:00 A.M.**

__✓__  AN AGREEMENT WAS REACHED.

_____  The Agreement is attached with consent of the parties.

_____  NO AGREEMENT WAS REACHED: IMPASSE.

_____  The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, then this matter shall be deemed at an impasse.

_____  Other: _____

_____
Daniel T. Feld, Esq., Florida Bar No.: 0037013
MF#: DF-9356