UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cv-14219-ROSENBERG/MAYNARD

FELIPE BALTAZAR,

    Plaintiff,

v.

B. GREEN & MORE LANDSCAPING, INC.
and BILLY M. LOPEZ

    Defendants.
_____/

**GRANT OF SETTLEMENT APPROVAL AND FINAL ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Renewed Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice. DE 29. After careful consideration of the Motion and the Settlement Agreement at docket entry 29-2, as required under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute.

It is hereby **ORDERED AND ADJUDGED** that the parties' Renewed Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [DE 29] is **GRANTED** and that this action is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement only for a period of 30 days.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 29th day of September, 2020.

                                                        ROBIN L. ROSENBERG
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record